UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK ADAMS WILLIE,<br><br>  Petitioner,<br><br>  v.<br><br>KELLY HARRINGTON, Warden,<br><br>  Respondent. | Case No. CV 09-596-JSL (CT)<br><br>**J U D G M E N T** |

In accordance with the report and recommendation of the United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the petition for writ of habeas corpus is denied and this action is dismissed with prejudice.

DATED: May 22, 2009

_____
J. SPENCER LETTS
UNITED STATES DISTRICT JUDGE